UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-863 PA | Date | July 5, 2024 |
|---|---|---|---|
| Title | In re Fariborz Wosoughkia, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS-COURT ORDER

On May 8, 2024, the Court issued an Order to Show Cause concerning the appeal's timeliness, as the Notice of Appeal was seemingly filed over a year after the order's issuance. Appellant Fariborz Wosoughkia filed the Notice on April 18, 2024, challenging the Bankruptcy Court's Confidential Settlement and Stipulated Judgment Order dated April 4, 2023. Despite the Notice of Appeal claiming the Stipulated Judgment's entry on April 10, 2024, the Bankruptcy Court docket confirms its entry on April 4, 2023, more than one year prior to filing of the Notice of Appeal..

Bankruptcy Rules 8001(a) and 8002 require that Appellant file a notice of the appeal with the Clerk of the Bankruptcy Court within fourteen (14) days of the date of entry of the Order, Judgment or Decree from which the appeal is taken. Failure to timely file the notice deprives the Court of jurisdiction. In the Matter of Ramsey, 612 F.2d 1220, 1222 (9th Cir. 1980); see also Anderson v. Mouradick (In re Mouradick), 13 F.3d 326, 327 (9th Cir. 1994) ("The provisions of Bankruptcy Rule 8002 are jurisdictional. . . ."). Appellant does not dispute that his Notice of Appeal was filed more than one year after the entry of the Stipulated Judgement.[1]

Accordingly, based on the untimely Notice of Appeal, the Court dismisses the appeal for lack of jurisdiction.

IT IS SO ORDERED.

---

[1] In response to the OSC, Appellant filed a "Notice of Abandonment and Withdraw of his April 18, 2024 Appeal." (Docket No. 10.) In this Notice, Appellant states that based on the Court's OSC, Appella "abandons and withdraws his April 18, 2024 Appeal." (Id.)